# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

JACK A. ROE,

       Plaintiff,　　　　　　　　　　Civil Action No.: 21-cv-01341-PP

  v.

CITY OF PLYMOUTH, et al.,

       Defendants.

## STIPULATION FOR PARTIAL DISMISSAL AS TO PLYMOUTH POLICE DEPARTMENT

IT IS HEREBY STIPULATED by and among the parties hereto, by their respective attorneys, that the Plymouth Police Department may be dismissed with prejudice and without costs, that the caption may be amended accordingly, and that an order to that effect may be entered without further notice. The claims by plaintiff against all other defendants will continue.

Dated: February 4, 2022　　　　　　HUPY AND ABRAHAM, S.C.
　　　　　　　　　　　　　　　　　By
　　　　　　　　　　　　　　　　　*Electronically signed by Todd R. Korb*
　　　　　　　　　　　　　　　　　Todd R. Korb, #1026850
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　111 East Kilbourn Avenue, Suite 1100
　　　　　　　　　　　　　　　　　Milwaukee, WI 53202
　　　　　　　　　　　　　　　　　(414) 223-4800
　　　　　　　　　　　　　　　　　TKorb@hupy.com

Dated: February 4, 2022　　　　　　BOARDMAN & CLARK LLP
　　　　　　　　　　　　　　　　　By
　　　　　　　　　　　　　　　　　*Electronically signed by Amanda J. Kaiser*
　　　　　　　　　　　　　　　　　Amanda J. Kaiser, #1006584
　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　1 South Pinckney Street
　　　　　　　　　　　　　　　　　P.O. Box 927
　　　　　　　　　　　　　　　　　Madison, Wisconsin 53701-0927
　　　　　　　　　　　　　　　　　(608) 283-1750
　　　　　　　　　　　　　　　　　akaiser@boardmanclark.com